UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-MJ-0084 |
| v. | : | |
| YORDAN KOVACHEV<br>(a/k/a YORDAN KOVACHEK) | : | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The United States Attorney respectfully represents that YORDAN KOVACHEV (a/k/a Yordan Kovachek) (DOB: \*\*/\*\*/1984) defendant in this case, is detained in the custody of the Allegheny County Jail, Pittsburgh, Pennsylvania.

Petitioner further represents that the above-styled case has been set for Initial Appearance on Friday, February 14, 2020, at 1:30 p.m., before the Honorable Karen L. Litkovitz, United States Magistrate Judge for the Southern District of Ohio.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio and/or to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable Karen L. Litkovitz, Room 708, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on the 14th day of February, 2020, at 1:30 p.m., for the purpose of the proceeding stated above and retain him for forthcoming court proceedings until this case is concluded.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Timothy.Mangan@usdoj.gov